Rob Bonta, State Bar No. 202668
Attorney General of California
Myung J. Park, State Bar No. 210866
Supervising Deputy Attorney General
David M. Meeker, State Bar No. 273814
Jonathan A. Wiener, State Bar No. 265006
M. Elaine Meckenstock, State Bar No. 268861
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 Oakland, CA 94612-1492
 Telephone: (510) 879-0299
 Fax: (510) 622-2270
 E-mail: Elaine.Meckenstock@doj.ca.gov
*Attorneys for Defendants California Air Resources Board and Steven S. Cliff, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA TRUCKING ASSOCIATION, a California corporation,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA AIR RESOURCES BOARD; STEVEN S. CLIFF, in his official capacity; and DOES 1 through 25, inclusive,**<br><br>Defendants. | 2:23-cv-02333-TLN-CKD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Judge:        Hon. Troy L. Nunley<br>Trial Date:   None set<br>Action Filed: October 16, 2023 |

1  Under Local Rule 144, Plaintiff California Trucking Association (Plaintiff) and Defendants California Air Resources Board and Steven S. Cliff, in his official capacity (collectively, Defendants), hereby stipulate to extend Defendants' time to file a response to Plaintiff's Complaint for Declaratory Judgment and Injunctive Relief, ECF No. 1 (Complaint), as follows:

1. Plaintiff filed the Complaint in this action on October 16, 2023 and served Defendants on October 19, 2023.

2. Defendants' current deadline to file a response to the Complaint is November 9, 2023.

3. The parties stipulate that Defendants' deadline to respond to the Complaint shall be extended by 28 days to December 7, 2023.

Dated: October 30, 2023

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

*/s/ M. Elaine Meckenstock*
M. ELAINE MECKENSTOCK
Deputy Attorney General
*Attorneys for Defendants California Air Resources Board and Steven S. Cliff, in his official capacity*

Dated: October 30, 2023

HOLLAND AND KNIGHT LLP

*/s/ Marne S. Sussman (as authorized on Oct. 30, 2023)*
Marne S. Sussman
*Attorneys for Plaintiff California Trucking Association*