ROB BONTA, State Bar No. 202668
Attorney General of California
MYUNG J. PARK, State Bar No. 210866
Supervising Deputy Attorney General
DAVID M. MEEKER, State Bar No. 273814
M. ELAINE MECKENSTOCK, State Bar No. 268861
JONATHAN A. WIENER, State Bar No. 265006
Deputy Attorneys General
  455 Golden Gate Ave., Suite 11000
  San Francisco, CA 94102
  Telephone: (415) 510-3549
  E-mail: Jonathan.Wiener@doj.ca.gov
*Attorneys for Defendants California Air Resources Board and Steven S. Cliff, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA TRUCKING ASSOCIATION, A CALIFORNIA CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA AIR RESOURCES BOARD; STEVEN S. CLIFF, IN HIS OFFICIAL CAPACITY; AND DOES 1 THROUGH 25, INCLUSIVE,**<br><br>Defendants. | 2:23-cv-02333-TLN-CKD<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND ORDER**<br><br>Judge:  Hon. Troy L. Nunley<br>Trial Date:  None set<br>Action Filed:  October 16, 2023 |

Under Local Rule 144, Plaintiff California Trucking Association (Plaintiff) and Defendants California Air Resources Board and Steven S. Cliff, in his official capacity (collectively, Defendants), hereby stipulate to extend Defendants' time to file a response to Plaintiff's Complaint for Declaratory Judgment and Injunctive Relief, ECF No. 1 (Complaint), as follows:

1. Plaintiff filed the Complaint in this action on October 16, 2023 and served Defendants on October 19, 2023.

2. On October 30, 2023, the parties stipulated to extend Defendants' deadline to respond to the Complaint by 28 days from November 9, 2023, to December 7, 2023.

3. The parties have been engaged in discussions about potential resolution of issues in this case.

4. The parties stipulate to extend Defendants' deadline to respond to the Complaint by 14 days from to December 7, 2023, to Dec. 21, 2023.

Dated: November 30, 2023

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

/s/ *Jonathan A. Wiener*
JONATHAN A. WIENER
Deputy Attorney General
*Attorneys for Defendants California Air Resources Board and Steven S. Cliff, in his official capacity*

Dated: November 30, 2023

HOLLAND AND KNIGHT LLP

/s/ *Marne S. Sussman* (as authorized on Nov. 30, 2023)
Marne S. Sussman
*Attorneys for Plaintiff California Trucking Association*

**ORDER**

Based on the foregoing stipulation of the parties, and for good cause shown, the time for Defendants California Air Resources Board and Steven S. Cliff, in his official capacity, to file a response to Plaintiff's Complaint for Declaratory Judgment and Injunctive Relief, ECF No. 1 is hereby extended by 14 days from December 7, 2023, to December 21, 2023.

IT IS SO ORDERED.

Dated:  December 1, 2023

Troy L. Nunley
United States District Judge