Rob Bonta, State Bar No. 202668
Attorney General of California
Myung J. Park, State Bar No. 210866
Supervising Deputy Attorney General
David M. Meeker, State Bar No. 273814
Jonathan A. Wiener, State Bar No. 265006
M. Elaine Meckenstock, State Bar No. 268861
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  Oakland, CA 94612-1492
  Telephone:  (510) 879-0299
  Fax:  (510) 622-2270
  E-mail:  Elaine.Meckenstock@doj.ca.gov
*Attorneys for Defendants California Air Resources Board and Steven S. Cliff, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA TRUCKING ASSOCIATION, a California corporation,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA AIR RESOURCES BOARD; STEVEN S. CLIFF, in his official capacity; and DOES 1 through 25, inclusive,**<br><br>Defendants. | 2:23-cv-02333-TLN-CKD<br><br>**STIPULATION TO EXTEND TIME FOR PARTIES TO CONFER UNDER RULE 26(F) AND ORDER**<br><br>Judge:      Hon. Troy L. Nunley<br>Trial Date:  None set<br>Action Filed:  October 16, 2023 |

Under Local Rule 144, Plaintiff California Trucking Association (Plaintiff) and Defendants California Air Resources Board and Steven S. Cliff, in his official capacity (collectively, Defendants), hereby stipulate to extend the time set by the Initial Pretrial Scheduling Order for the parties to confer under Federal Rule of Civil Procedure 26(f), as follows:

1. Plaintiff filed the Complaint in this action on October 16, 2023 and served Defendants on October 19, 2023.

2. On October 30, 2023, the parties stipulated to extend Defendants' deadline to respond to the Complaint by 28 days from November 9, 2023 to December 7, 2023.

3. On December 1, 2023, this Court signed a stipulation and order extending Defendants' deadline to respond to the Complaint until December 21, 2023.

4. The parties have been engaged in discussions about potential resolution of issues in this case.

5. The parties agree that deferring the Rule 26(f) conference by three months would make that conference more productive and efficient, allowing for Defendants to respond to the Complaint and for the parties to continue their discussions.

Dated: December 15, 2023

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

/s/ *M. Elaine Meckenstock*
M. ELAINE MECKENSTOCK
Deputy Attorney General
*Attorneys for Defendants California Air Resources Board and Steven S. Cliff, in his official capacity*

Dated: December 15, 2023

HOLLAND AND KNIGHT LLP

/s/ *Marne S. Sussman* (as authorized on Dec. 15, 2023)
Marne S. Sussman
*Attorneys for Plaintiff California Trucking Association*

**ORDER**

Based on the foregoing stipulation of the parties, and for good cause shown, the time for the parties to confer pursuant to Rule 26(f) is hereby extended to March 18, 2024.

IT IS SO ORDERED.

Dated:  December 18, 2023

_____
Troy L. Nunley
United States District Judge