ROB BONTA, State Bar No. 202668
Attorney General of California
MYUNG J. PARK, State Bar No. 210866
Supervising Deputy Attorney General
DAVID M. MEEKER, State Bar No. 273814
JONATHAN A. WIENER, State Bar No. 265006
M. ELAINE MECKENSTOCK, State Bar No. 268861
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 Oakland, CA 94612-1492
 Telephone:  (510) 879-0299
 Fax:  (510) 622-2270
 E-mail:  Elaine.Meckenstock@doj.ca.gov
*Attorneys for Defendants California Air Resources Board and Steven S. Cliff, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA TRUCKING ASSOCIATION, A CALIFORNIA CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA AIR RESOURCES BOARD; STEVEN S. CLIFF, IN HIS OFFICIAL CAPACITY; AND DOES 1 THROUGH 25, INCLUSIVE,**<br><br>Defendants. | 2:23-cv-02333-TLN-CKD<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Judge:        Hon. Troy L. Nunley<br>Trial Date:   None set<br>Action Filed: October 16, 2023 |

Under Local Rule 144, Plaintiff California Trucking Association (Plaintiff or CTA) and Defendants California Air Resources Board and Steven S. Cliff, in his official capacity (collectively, Defendants), hereby stipulate to extend the time for Defendants to respond to Plaintiff's Complaint, as follows:

1. Plaintiff filed the Complaint in this action on October 16, 2023 and served Defendants on October 19, 2023.

2. On October 30, 2023, the parties stipulated to extend Defendants' deadline to respond to the Complaint by 28 days from November 9, 2023 to December 7, 2023.

3. On December 1, 2023, this Court signed a stipulation and order extending Defendants' deadline to respond to the Complaint until December 21, 2023.

4. Meanwhile, on November 17, 2023, the California Air Resources Board (CARB) submitted to the United States Environmental Protection Agency a request for a Clean Air Act preemption waiver that, pursuant to 42 U.S.C. § 7543(b)(1), would authorize CARB's enforcement of the challenged portions of the Advanced Clean Fleets regulation.

5. The parties have had productive discussions about actions CARB plans to take, pursuant to that regulation, while the waiver request is pending. CARB is memorializing those discussions in a letter to Plaintiff and plans to issue a public enforcement advisory as well.

6. As a consequence of the parties' discussions, CTA has decided not to file the preliminary injunction motion it had planned to file on December 21, 2023. And the parties have agreed that extending the time to March 14, 2024, for Defendants to file a motion to dismiss or other responsive pleading would facilitate further potentially productive discussions between the parties.

| | | |
|---|---|---|
| 1 | Dated:  December 20, 2023 | ROB BONTA |
| 2 | | Attorney General of California |
| | | MYUNG J. PARK |
| | | Supervising Deputy Attorney General |

*/s/ M. Elaine Meckenstock*
M. ELAINE MECKENSTOCK
Deputy Attorney General
*Attorneys for Defendants California Air Resources Board and Steven S. Cliff, in his official capacity*

Dated:  December 20, 2023        HOLLAND AND KNIGHT LLP


*/s/ Marne S. Sussman* (as authorized on Dec. 20, 2023)
Marne S. Sussman
*Attorneys for Plaintiff California Trucking Association*

| | |
|---|---|
| 1 | **ORDER** |

Based on the foregoing stipulation of the parties, and for good cause shown, the time for Defendants California Air Resources Board and Steven S. Cliff, in his official capacity, to file a response to Plaintiff's Complaint for Declaratory Judgment and Injunctive Relief, ECF No. 1, is hereby extended to March 14, 2024.

Dated: December 20, 2023

_____
Troy L. Nunley
United States District Judge

4

Stip. and Order to Extend Time for Defendants to Respond to Complaint (2:23-cv-2333-TLN-CKD)