HOLLAND & KNIGHT LLP
Marne S. Sussman, Esq. (SBN 273712)
*marne.sussman@hklaw.com*
Brian C. Bunger, Esq. (SBN 142001)
*brian.bunger@hklaw.com*
Emily M. Lieban, Esq. (SBN 303079)
*emily.lieban@hklaw.com*
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: 415.743.6900
Facsimile: 415.743.6910

Attorneys for Plaintiff CALIFORNIA TRUCKING ASSOCIATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION, a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>CALIFORNIA AIR RESOURCES BOARD; STEVEN S. CLIFF, in his official capacity, and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No.: 2:23-cv-02333-TLN-CKD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CALIFORNIA AIR RESOURCES BOARD** |

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff California Trucking Association voluntarily dismisses without prejudice their claims against Defendant California Air Resources Board ("CARB"), which has not served an answer or motion for summary judgment. Counsel for Plaintiff represents that she conferred with counsel for Defendant Steven S. Cliff, and Defendant Cliff does not oppose this dismissal.

Dated: February 29, 2024

HOLLAND AND KNIGHT LLP

_____

Marne S. Sussman
*Attorneys for Plaintiff California Trucking Association*

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910