Rob Bonta, State Bar No. 202668
Attorney General of California
Myung J. Park, State Bar No. 210866
Supervising Deputy Attorney General
Benjamin P. Lempert, State Bar No. 344239
David M. Meeker, State Bar No. 273814
Jonathan A. Wiener, State Bar No. 265006
M. Elaine Meckenstock, State Bar No. 268861
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 Oakland, CA 94612-1492
 Telephone: (510) 879-0299
 Fax: (510) 622-2270
 E-mail: Elaine.Meckenstock@doj.ca.gov
*Attorneys for Defendant Steven S. Cliff, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA TRUCKING ASSOCIATION**, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>**STEVEN S. CLIFF,** in his official capacity; and **DOES 1 through 25**, inclusive,<br><br>Defendants. | 2:23-cv-02333-TLN-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS AND TO EXTEND TIME FOR THE PARTIES TO CONFER UNDER RULE 26(F)**<br><br>Judge: Hon. Troy L. Nunley<br>Trial Date: None set<br>Action Filed: October 16, 2023 |

1

Stip. and [Proposed] Order to Set Briefing Schedule for Mot. to Dismiss and to Extend Time for Parties to Confer under Rule 26(f) (2:23-cv-2333-TLN-CKD)

Under Local Rule 144, Plaintiff California Trucking Association (Plaintiff) and Defendant Steven S. Cliff (Defendant), in his official capacity, hereby stipulate to a briefing schedule for Defendant's Motion to Dismiss (due March 14, 2024, ECF No. 17) and stipulate to extend the time for the parties to confer under Fed. R. Civ. P. 26(f), as follows:

1. Plaintiff filed the Complaint in this action on October 16, 2023 and served Defendants California Air Resources Board (CARB) and Steven S. Cliff, in his official capacity as CARB's Executive Officer, on October 19, 2023.

2. On October 30, 2023, under Local Rule 144(a), the parties stipulated to extend Defendants' deadline to respond to the Complaint by 28 days from November 9, 2023 to December 7, 2023.

3. On December 1, 2023, this Court signed a stipulation and order extending Defendants' deadline to respond to the Complaint until December 21, 2023.

4. On December 18, 2023, this Court signed a stipulation and order extending the time for the parties to confer pursuant to Fed. R. Civ. P. 26(f) until March 18, 2024.

5. On December 20, 2023, this Court signed a stipulation and order extending Defendants' deadline to respond to the Complaint until March 14, 2024.

6. On February 29, 2024, CTA voluntarily dismissed CARB as a Defendant. Steven S. Cliff, in his official capacity as CARB's Executive Officer, is now the sole named Defendant. ECF No. 18.

7. On or before March 14, 2024, Defendant intends to file a motion to dismiss.

8. Counsel for both Plaintiff and Defendant have substantial filings and/or hearings in other matters in the coming weeks and have agreed upon a briefing and hearing schedule that attempts to accommodate this other work, as follows:

- Defendant will file his motion to dismiss on or before March 14, 2024, noticing it for hearing on May 30, 2024
- Plaintiff will file its opposition on or before April 12, 2024
- Defendant will file his reply on or before May 8, 2024

2

Stip. and [Proposed] Order to Set Briefing Schedule for Mot. to Dismiss and to Extend Time for Parties to Confer under Rule 26(f) (2:23-cv-2333-TLN-CKD)

9. The deadline for the parties to hold a discovery conference satisfying Fed. R. Civ. P. 26(f) is currently March 18, 2024. At that conference, the parties are directed, *inter alia*, to "consider the nature and basis of their claims and defenses" and "develop a proposed discovery plan." Fed. R. Civ. P. 26(f)(2).

10. The parties believe that it would be more efficient for the parties to confer about discovery plans after Defendant's Motion to Dismiss is resolved and the pleadings are settled.

11. Accordingly, the parties stipulate to extend the deadline to hold the Rule 26(f) conference to July 31, 2024.

Dated: March 8, 2024

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

/s/ *M. Elaine Meckenstock*
M. ELAINE MECKENSTOCK
Deputy Attorney General
*Attorneys for Defendant Steven S. Cliff, in his official capacity*

Dated: March 8, 2024

HOLLAND AND KNIGHT LLP

/s/ *Marne S. Sussman* (as authorized on March 7, 2024)
Marne S. Sussman
*Attorney for Plaintiff California Trucking Association*

3

Stip. and [Proposed] Order to Set Briefing Schedule for Mot. to Dismiss and to Extend Time for Parties to Confer under Rule 26(f) (2:23-cv-2333-TLN-CKD)

**[PROPOSED] ORDER**

Based on the foregoing stipulation of the parties, and for good cause shown, the Court orders the following schedule for Defendant's anticipated Motion to Dismiss:

- Defendant will file his motion to dismiss on or before March 14, 2024, noticing it for hearing on May 30, 2024
- Plaintiff will file its opposition on or before April 12, 2024
- Defendant will file his reply on or before May 8, 2024

Also based on the foregoing stipulation of the parties, and for good cause shown, the time for Plaintiff California Trucking Association, and Defendant Steven S. Cliff, in his official capacity, to confer as required by Fed. R. Civ. P. 26(f) is hereby extended until July 31, 2024.

Dated: _____

_____
HON. TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE

4

Stip. and [Proposed] Order to Set Briefing Schedule for Mot. to Dismiss and to Extend Time for Parties to Confer under Rule 26(f) (2:23-cv-2333-TLN-CKD)