Rob Bonta, State Bar No. 202668
Attorney General of California
Myung J. Park, State Bar No. 210866
Supervising Deputy Attorney General
Benjamin P. Lempert, State Bar No. 344239
David M. Meeker, State Bar No. 273814
Jonathan A. Wiener, State Bar No. 265006
M. Elaine Meckenstock, State Bar No. 268861
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  Oakland, CA 94612-1492
  Telephone:  (510) 879-0299
  Fax:  (510) 622-2270
  E-mail:  Elaine.Meckenstock@doj.ca.gov
*Attorneys for Defendant Steven S. Cliff, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA TRUCKING ASSOCIATION,**<br><br>                     Plaintiff,<br><br>v.<br><br>**STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, and DOES 1 through 25, inclusive**<br><br>                     Defendant. | 2:23-cv-02333-TLN-CKD<br><br>**NOTICE OF RELATED CASES**<br><br>Date:         n/a<br>Time:        n/a<br>Courtroom:  2, 15th Floor<br>Judge:       Hon. Troy N. Nunley<br>Trial Date:   Not Set<br>Action Filed:  October 16, 2023 |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 123, Defendant Steven S. Cliff, in his official capacity, provides notice that the following cases pending in the Eastern District are related:

1. Case No. 2:24-cv-00988-KJM-JDP, *American Free Enterprise Chamber of Commerce; and Associated Equipment Distributors v. Steven S. Cliff and Rob Bonta* filed on April 1, 2024; and

2. Case No. 2:23-cv-02333-TLN-CKD, *California Trucking Association v. Steven S. Cliff*, filed on October 16, 2023.

Under Eastern District Local Rule 123, an action is related to another when, *inter alia*, "both actions involve the same parties and are based on the same or a similar claim"; "both actions involve the same property, transaction, or event"; or "both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort."

In both listed cases, Plaintiffs challenge the Advanced Clean Fleets (ACF) regulation promulgated by the California Air Resources Board and seek to enjoin its enforcement. Among other claims, both complaints allege preemption under the Clean Air Act (specifically 42 U.S.C. § 7543(a)) and the Federal Aviation Administration Authorization Act. And, while the Plaintiffs are distinct, Steven S. Cliff, in his official capacity as Executive Officer of the California Air Resources Board, is a Defendant in both cases. The cases thus involve some of the same parties, all of the same events (e.g., the potential enforcement of the ACF regulation), similar questions of fact, and some of the same questions of law.

Given the commonality of parties and issues, and because both cases involve challenges to the same state regulation, assignment of these two cases to the same judge "is likely to effect a savings of judicial effort and other economies." L.R. 123(b).

To aid the Court's consideration of possible reassignment, Defendants note that the parties in *California Trucking Association* (2:23-cv-02333-TLN-CKD) are currently briefing a motion to dismiss, with Defendant's reply due May 8, 2024.

| | | |
|---|---|---|
| 1 | Dated:  April 22, 2024 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | MYUNG J. PARK<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | |
| 6 | | */s/ M. Elaine Meckenstock*<br>M. ELAINE MECKENSTOCK<br>Deputy Attorney General |
| 7 | | *Attorneys for Defendant Steven S. Cliff, in his official capacity* |

3