UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION,<br><br>  Plaintiff,<br><br>  v.<br><br>STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board,<br><br>  Defendant. | No. 2:23-cv-02333-TLN-CKD<br><br>**RELATED CASE ORDER** |
| AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE; and ASSOCIATED EQUIPMENT DISTRIBUTORS,<br><br>  Plaintiffs,<br><br>  v.<br><br>STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; and ROB BONTA, in his official capacity as the Attorney General of the State of California,<br><br>  Defendants. | No. 2:24-cv-00988-TLN-CKD |

1

| | |
|---|---|
| STATE OF NEBRASKA, et al.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, and ROBERT A. BONTA, in his official capacity as Attorney General of California,<br><br>　　　　　Defendants. | No. 2:24-cv-01364-JAM-CKD |

　　　　Examination of the above-captioned actions reveals they are related within the meaning of Local Rule 123(a).  The assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

　　　　Relating the cases under Local Rule 123, however, merely has the result that both actions are assigned to the same judge, it does not consolidate the actions.  Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.  Should either party wish to consolidate the actions, the appropriate motion or stipulation must be filed.

　　　　IT IS THEREFORE ORDERED that the action denominated 2:24-cv-01364-JAM-CKD is reassigned to District Judge Troy L. Nunley and Magistrate Judge Carolyn K. Delaney, and the caption shall read 2:24-cv-01364-TLN-CKD.  Any dates currently set in 2:24-cv-01364-JAM-CKD are hereby VACATED.  The Clerk of the Court is to issue the Initial Pretrial Scheduling Order.

　　　　IT IS SO ORDERED.

DATED: May 29, 2024

　　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge