ROB BONTA, State Bar No. 202668
Attorney General of California
MYUNG J. PARK, State Bar No. 210866
Supervising Deputy Attorney General
BENJAMIN P. LEMPERT, State Bar No. 344239
DAVID M. MEEKER, State Bar No. 273814
JONATHAN A. WIENER, State Bar No. 265006
M. ELAINE MECKENSTOCK, State Bar No. 268861
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  Oakland, CA 94612-1492
  Telephone: (510) 879-0299
  Fax: (510) 622-2270
  E-mail: Elaine.Meckenstock@doj.ca.gov
*Attorneys for Defendant Steven S. Cliff, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA TRUCKING ASSOCIATION**, A CALIFORNIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>**STEVEN S. CLIFF**, IN HIS OFFICIAL CAPACITY; AND **DOES 1 THROUGH 25**, INCLUSIVE,<br><br>Defendants. | 2:23-cv-02333-TLN-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR THE PARTIES TO CONFER UNDER RULE 26(F)**<br><br>Judge: Hon. Troy L. Nunley<br>Trial Date: None set<br>Action Filed: October 16, 2023 |

Under Local Rule 144, Plaintiff California Trucking Association (Plaintiff) and Defendant Steven S. Cliff, in his official capacity, (Defendant) hereby stipulate to extend the time for the parties to confer under Fed. R. Civ. P. 26(f), as follows:

1. Plaintiff filed the Complaint in this action on October 16, 2023.

2. On December 18, 2023, this Court signed a stipulation and order extending the time for the parties to confer pursuant to Fed. R. Civ. P. 26(f) until March 18, 2024.  ECF No. 15.

3. On March 11, 2024, this Court signed a stipulation and order further extending the time for the parties to confer pursuant to Fed. R. Civ. P. 26(f) until July 31, 2024, in part due to Defendant's plan to file a Motion to Dismiss on March 14, 2024.  ECF No. 20.

4. On March 14, 2024, Defendant filed his Motion to Dismiss.  ECF No. 21.

5. CTA is now considering filing a Motion for Summary Judgment on one claim, and the parties have been negotiating a protective order and schedule around that possibility.

6. In light of the pending Motion to Dismiss the entire Complaint, the parties have not developed the "proposed discovery plan[s]" for litigating this case in full.  Fed. R. Civ. P. 26(f). And the parties are currently negotiating a process and schedule they hope will govern any discovery associated with Plaintiffs' contemplated summary judgment motion.

7. The parties' current negotiations concerning Plaintiff's potential summary judgment motion also include negotiations to extend the Rule 26(f) conference, possibly until resolution of both Defendant's motion to dismiss and Plaintiff's anticipated summary judgment motion. However, those negotiations are not yet complete, and the deadline for the parties to hold a discovery conference satisfying Rule 26(f) is currently July 31, 2024.

8. Accordingly, the parties stipulate to extend the deadline to hold the Rule 26(f) conference to September 30, 2024 to allow for completing the ongoing negotiations, which encompass discussions of a longer extension to that deadline.

| | | |
|---|---|---|
| 1 | Dated: July 30, 2024 | ROB BONTA<br>Attorney General of California |
| 2 | | MYUNG J. PARK<br>Supervising Deputy Attorney General |
| 3 | | |
| 4 | | |
| 5 | | */s/ M. Elaine Meckenstock*<br>M. ELAINE MECKENSTOCK<br>Deputy Attorney General |
| 6 | | *Attorneys for Defendant Steven S. Cliff, in his official capacity* |
| 7 | | |
| 8 | Dated: July 30, 2024 | HOLLAND AND KNIGHT LLP |
| 9 | | |
| 10 | | */s/ Marne S. Sussman* (as authorized on July 30, 2024)<br>Marne S. Sussman |
| 11 | | *Attorney for Plaintiff California Trucking Association* |

**[PROPOSED] ORDER**

Based on the foregoing stipulation of the parties, and for good cause shown, the Court orders that the time for Plaintiff California Trucking Association and Defendant Steven S. Cliff, in his official capacity, to confer as required by Fed. R. Civ. P. 26(f) is hereby extended until September 30, 2024.

Dated: _____

_____
HON. TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE