ROB BONTA, State Bar No. 202668
Attorney General of California
MYUNG J. PARK, State Bar No. 210866
Supervising Deputy Attorney General
BENJAMIN P. LEMPERT, State Bar No. 344239
DAVID M. MEEKER, State Bar No. 273814
JONATHAN A. WIENER, State Bar No. 265006
M. ELAINE MECKENSTOCK, State Bar No. 268861
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 Oakland, CA 94612-1492
 Telephone: (510) 879-0299
 Fax: (510) 622-2270
 E-mail: Elaine.Meckenstock@doj.ca.gov
*Attorneys for Defendant Steven S. Cliff, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA TRUCKING ASSOCIATION, A CALIFORNIA CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**STEVEN S. CLIFF, IN HIS OFFICIAL CAPACITY; AND DOES 1 THROUGH 25, INCLUSIVE,**<br><br>Defendants. | 2:23-cv-02333-TLN-CKD<br><br>**STIPULATION AND ORDER TO SET BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:   Hon. Troy L. Nunley<br>Trial Date:   None set<br>Action Filed:   October 16, 2023 |

1

Stip. and Order to Set Briefing Schedule for Plaintiff's Mot. for Summ. Judg. (2:23-cv-2333-TLN-CKD)

Under Local Rule 144, Plaintiff California Trucking Association (Plaintiff) and Defendant Steven S. Cliff (Defendant), in his official capacity, hereby stipulate to a briefing schedule for Plaintiff's Motion for Summary Judgment as set forth herein. No prior extensions of time regarding the Motion for Summary Judgment briefing has been sought.

WHEREAS discovery has not yet opened in this case because the parties have agreed to develop and share discovery plans under Federal Rule of Civil Procedure 26 after resolution of Defendant's pending motion to dismiss;

WHEREAS Plaintiff intends to file a summary judgment motion and intends to rely on up to four declarations from Plaintiff's members;

WHEREAS Defendant maintains that the parties should not proceed to summary judgment motions while Defendant's motion to dismiss is pending but understands that the Federal Rules of Civil Procedure and Local Rules do not preclude Plaintiff from seeking summary judgment now;

WHEREAS all parties seek to avoid burdening the Court with procedural disputes;

WHEREAS Plaintiff asserts that the member declarations it intends to rely on for its summary judgment motion will contain confidential business information and therefore Plaintiff intends to seek to file parts or all of those declarations under seal;

WHEREAS the parties have stipulated to a protective order to govern the use of information Plaintiff contends is confidential;

WHEREAS Defendant asserts that Defendant cannot effectively prepare his response to Plaintiff's anticipated summary judgment motion until the status of Plaintiff's supporting materials is resolved either through the Court granting Plaintiff's requests to file under seal or through Plaintiff's decision whether to rely on, and publicly file, any material the Court declines to allow to be filed under seal;

WHEREAS Defendant asserts that he will likely require some discovery—including depositions of Plaintiff's declarants and possible preceding document production requests—in order to effectively respond to Plaintiff's summary judgment motion;

WHEREAS the parties agree that Defendant may conduct the discovery described below and further agree to follow the Federal Rules of Civil Procedure, this Court's Local Rules, and

2

Stip. and Order to Set Briefing Schedule for Plaintiff's Mot. for Summ. Judg. (2:23-cv-2333-TLN-CKD)

any orders of this Court, as they would if general discovery were open in this case, with the exception that the parties will follow the schedule set out below (or in any subsequent stipulation/order or order of this Court), and that such discovery will be limited to issues relevant to those raised in Plaintiff's summary judgment motion;

WHEREAS the parties have agreed to the schedule below in order to efficiently brief Plaintiff's anticipated summary judgment motion while accommodating the related discovery which the parties have agreed to engage in, the resolution of any related disputes (e.g., over discovery or confidentiality designations), and competing workload demands of all involved counsel;

WHEREAS Defendant does not currently plan to file a cross-motion for summary judgment but reserves his right to do so, simultaneous with his opposition, after seeing Plaintiff's motion and also reserves his right to file a motion for summary judgment at an appropriate time in the future;

WHEREAS the parties agree to negotiate and submit to the Court a revised schedule, as necessary, should Defendant decide to file a cross-motion with his opposition to Plaintiff's motion;

WHEREAS Plaintiff agrees not to use this stipulation or the discovery described herein—which concerns Plaintiff's decision to file a motion for summary judgment before general discovery has opened—as a basis to oppose future discovery requests (including to take additional depositions of these same witnesses);

**THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST** that the Court order the following schedule:

- On November 4, 2024, Plaintiff will file its summary judgment motion and request(s) to file under seal and simultaneously serve Defendant electronically with complete and unredacted copies of all documents involved in that request;
- On or before November 12, 2024, Defendant will file any objections to Plaintiff's request(s) to file under seal, pursuant to Local Rule 141;

3

Stip. and Order to Set Briefing Schedule for Plaintiff's Mot. for Summ. Judg. (2:23-cv-2333-TLN-CKD)

- On or before November 25, 2024, Defendant will propound on Plaintiff any Requests for Production of Documents Defendant believes are necessary to prepare to depose Plaintiff's declarants or otherwise respond to Plaintiff's summary judgment motion;
- On or before January 6, 2025, Plaintiff will respond to Defendant's Request for Production of Documents with all responsive documents, including those in the possession, custody, or control of the Plaintiff's declarants or their organizations or businesses, that are not subject to an asserted privilege or objection consistent with applicable rules;
- Plaintiff will make its declarants available for depositions in California between January 13 and January 24, 2025, at times and locations to be negotiated by the parties;
- On or before February 21, 2025, Defendant will file his opposition to Plaintiff's summary judgment motion;
- On or before March 21, 2025, Plaintiff will file its reply.

If by February 3, 2025, there remain outstanding disputes between the parties concerning the activities described above—for example, disputes over discovery responses, confidentiality designations, or method of compiling deposition transcripts—either party may notify the Court of those disputes via a letter filed on or before February 7, 2025.  In the event of such notification, the remaining briefing deadlines will be void, and the parties agree to renegotiate a schedule in good faith.  Should the parties be unable to reach an agreement on a schedule during those negotiations, they shall present their dispute in a joint statement, not to exceed 10 pages, for the Court's resolution.

Accordingly, the Parties respectfully request that the Court issue the attached Proposed Order granting the briefing and conference schedule as described herein above.

4

Stip. and Order to Set Briefing Schedule for Plaintiff's Mot. for Summ. Judg. (2:23-cv-2333-TLN-CKD)

| | | |
|---|---|---|
| 1 | Dated:  October 22, 2024 | ROB BONTA |
| | | Attorney General of California |
| 2 | | MYUNG J. PARK |
| | | Supervising Deputy Attorney General |
| 3 | | |

*/s/ M. Elaine Meckenstock*
M. ELAINE MECKENSTOCK
Deputy Attorney General
*Attorneys for Defendant Steven S. Cliff, in his official capacity*

Dated:  October 22, 2024           HOLLAND AND KNIGHT LLP

*/s/ Marne S. Sussman*  (as authorized on 10/22/24)
Marne S. Sussman
*Attorney for Plaintiff California Trucking Association*

5

Stip. and Order to Set Briefing Schedule for Plaintiff's Mot. for Summ. Judg. (2:23-cv-2333-TLN-CKD)

**ORDER**

Based on the foregoing stipulation of the Parties, and for good cause shown, the Court orders the schedule for Plaintiff's anticipated Motion for Summary Judgment as articulated in their Stipulation to Set Briefing Schedule for Plaintiff's Motion for Summary Judgment.

Dated: October 23, 2024

_____
Troy L. Nunley
Chief United States District Judge

6

Stip. and Order to Set Briefing Schedule for Plaintiff's Mot. for Summ. Judg. (2:23-cv-2333-TLN-CKD)