IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA TRUCKING ASSOCIATION, A CALIFORNIA CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**STEVEN S. CLIFF, IN HIS OFFICIAL CAPACITY, AND DOES 1 THROUGH 25, INCLUSIVE,**<br><br>Defendants. | 2:23-cv-02333-TLN-CKD<br><br>**STIPULATION AND ORDER ADJUSTING SCHEDULE FOR DISCOVERY AND BRIEFING FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:  Hon. Troy L. Nunley<br>Trial Date:  None set<br>Action Filed:  October 16, 2023 |

Under Local Rule 144, Plaintiff California Trucking Association and Defendant Steven S. Cliff, in his official capacity, hereby stipulate as follows to extend the schedule for the remaining discovery and briefing related to Plaintiff's Motion for Summary Judgment:

WHEREAS on October 24, 2024, this Court docketed a stipulation and order setting a schedule for briefing Plaintiff's Motion for Summary Judgment and associated discovery.  ECF 40;

WHEREAS the parties have been adhering to that schedule:  Plaintiff filed its Motion for Summary Judgment on November 4, 2024, ECF 41; Defendant submitted his objections to Plaintiff's request to file under seal on November 12, 2024; and Defendant served requests for production of documents on November 25, 2024;

WHEREAS Plaintiff's complaint and Motion for Summary Judgment target a regulation adopted by the California Air Resources Board and referred to as Advanced Clean Fleets (ACF);

1

Stip. & Order Adjusting Schedule for Discovery and Briefing for Ps Mot. for Summ. Judg. (2:23cv2333)

1    WHEREAS the California Air Resources Board has requested that the United States
2    Environmental Protection Agency (EPA) waive Clean Air Act preemption for parts of ACF;
3    WHEREAS Plaintiff has requested a pause in the schedule before its production of
4    documents is due January 6, 2025, and the parties believe it would be efficient to pause the
5    current schedule to provide the parties with the opportunity to consider any action(s) EPA takes
6    on CARB's request in the next three weeks;
7    WHEREAS, having now seen Plaintiff's motion and having propounded the related
8    requests for production of documents, Defendant has indicated his counsel will need additional
9    time to review the produced documents before deposing Plaintiff's declarants, and Plaintiff has
10   agreed to this request;
11   WHEREAS the parties agree that the depositions may require more than the original two
12   weeks, in light of the number of deponents and scheduling issues of both parties;
13   WHEREAS no prior requests to adjust the schedule ordered on October 24, 2024 have been
14   made;
15   **THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST** that the Court enter
16   an order modifying the schedule as indicated by the underlined dates below:
17   • On or before March 6, 2025, Plaintiff will respond to Defendant's Requests for
18   Production of Documents with all responsive documents, including those in the possession,
19   custody, or control of the Plaintiff's declarants or their organizations or businesses, that are not
20   subject to an asserted privilege or objection consistent with applicable rules;
21   • Plaintiff will make its declarants available for depositions in California between April
22   2 and April 22, 2025, at times and locations to be negotiated by the parties;
23   • On or before May 20, 2025, Defendant will file his opposition to Plaintiff's Motion
24   for Summary Judgment;
25   • On or before June 17, 2025, Plaintiff will file its reply.
26
27   If by April 29, 2025, there remain outstanding disputes between the parties concerning the
28   activities described above and in the Stipulation and Order To Set Briefing Schedule for

2

Plaintiff's Motion For Summary Judgment (ECF 40)—for example, disputes over discovery responses, confidentiality designations, or method of compiling deposition transcripts—either party may notify the Court of those disputes via a letter filed on or before May 5, 2025.  In the event of such notification, the remaining briefing deadlines will be void, and the parties agree to renegotiate a schedule in good faith.  Should the parties be unable to reach an agreement on a schedule during those negotiations, they shall present their dispute in a joint statement, not to exceed 10 pages, for the Court's resolution.

Respectfully submitted,

DATED: January 3, 2025    /s/ Marne S. Susssman (as authorized on 1/03/25)
                          Attorney for Plaintiff

DATED: January 3, 2025    /s/ M. Elaine Meckenstock
                          Attorney for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  January 3, 2025

_____
Troy L. Nunley
Chief United States District Judge

3

Stip. & Order Adjusting Schedule for Discovery and Briefing for Ps Mot. for Summ. Judg. (2:23cv2333)