HOLLAND & KNIGHT LLP
Marne S. Sussman (SBN 273712)
Brian C. Bunger (SBN 142001)
Emily M. Lieban (SBN 303079)
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: 415.743.6900
Fax: 415.743.6910
E-mail:marne.sussman@hklaw.com
       brian.bunger@hklaw.com
       emily.lieban@hklaw.com

Attorneys for Plaintiff
CALIFORNIA TRUCKING ASSOCIATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN S. CLIFF, in his official capacity, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-02333-TLN-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO FILE UNREDACTED MATERIALS**<br><br>Judge: Hon. Troy L. Nunley<br>Trial Date: Not Set<br>Action Filed: October 16, 2023 |

## STIPULATION

Pursuant to Local Rule 144, Plaintiff California Trucking Association ("Plaintiff") and Defendant Steven S. Cliff ("Defendant"), in his official capacity (collectively, Plaintiff and Defendant as "Parties"), hereby stipulate as set forth below to extend Plaintiff's time to re-file its Unredacted Materials (defined below) to March 6, 2025. No prior extensions of time regarding the filing of Plaintiff's Unredacted Materials have been sought.

## RECITALS

WHEREAS on or about November 4, 2024, Plaintiff filed a Motion for Summary Judgment ("MSJ") [ECF 41], which is currently set for hearing on April 17, 2025;

WHEREAS on or about November 4, 2024, Plaintiff filed a Notice of Request to Seal Document(s), requesting that the Court seal portions of Plaintiff's MSJ, and the Declarations and Statement of Undisputed Material Facts filed in support thereof ("Request to Seal") [ECF 42];

WHEREAS on January 3, 2025, this Court entered a Stipulation and Order adjusting the schedule for briefing Plaintiff's MSJ and associated discovery ("Scheduling Order") [ECF 44];

WHEREAS pursuant to the Scheduling Order, Defendant must file his opposition to Plaintiff's MSJ on or before May 20, 2025, and Plaintiff must respond to Defendant's Requests for Production of Documents by March 6, 2025;

WHEREAS on January 23, 2025, the Court entered an Order Granting in Part and Denying in Part Plaintiff's Request to Seal ("Sealing Order") [ECF 45], and ordering Plaintiff to re-file the unredacted versions of the materials sought to be sealed (the "Unredacted Materials") within seven (7) days of the Sealing Order;

WHEREAS pursuant to the Sealing Order, Plaintiff must file its Unredacted Materials by January 30, 2025;

WHEREAS the Parties are engaged in settlement discussions to resolve the above-captioned case;

WHEREAS the Parties have reached an agreement to request that this Court extend the deadline for Plaintiff to file its Unredacted Materials to March 6, 2025;

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

WHEREAS no prior requests to extend Plaintiff's deadline to file the Unredacted Materials ordered on January 23, 2025, have been made;

**NOW, THEREFORE,** for and in consideration of the recitals set forth above and incorporated herein, the Parties hereby stipulate, agree, and request that the Court enter an order extending Plaintiff's time to file the Unredacted Materials, as indicated by the underlined dates below:

- On or before March 6, 2025, Plaintiff will file its Unredacted Materials.

Respectfully submitted,

Dated: January 29, 2025    Holland & Knight LLP

By: */s/ Marne S. Sussman*
Marne S. Sussman
*Attorneys for Plaintiff California Trucking Association*

Dated: January 29, 2025

By: */s/ Elaine Meckenstock*

Elaine Meckenstock
*Attorney for Defendant Steven S. Cliff*

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: _____    _____
HON. TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE