HOLLAND & KNIGHT LLP
Marne S. Sussman (SBN 273712)
Brian C. Bunger (SBN 142001)
Emily M. Lieban (SBN 303079)
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: 415.743.6900
Fax: 415.743.6910
E-mail: marne.sussman@hklaw.com
       brian.bunger@hklaw.com
       emily.lieban@hklaw.com

Attorneys for Plaintiff
CALIFORNIA TRUCKING ASSOCIATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION, a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> STEVEN S. CLIFF, in his official capacity, and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No.: 2:23-cv-02333-TLN-CKD <br><br> **JOINT STATEMENT REGARDING ABEYANCE OF PENDING MOTIONS** <br><br> Judge: Hon. Troy L. Nunley <br> Trial Date: Not Set <br> Action Filed: October 16, 2023 |

JOINT STATEMENT REGARDING ABEYANCE        CASE NO.: 2:23-CV-02333-TLN-CKD

# JOINT STATEMENT REGARDING ABEYANCE OF PENDING MOTIONS

Pursuant to the Court's Minute Order of January 30, 2025 [ECF 48], the Parties have conferred, and jointly state that Cliff's Motion to Dismiss and CTA's Motion for Summary Judgment should be held in abeyance for 30 days, to allow for ongoing settlement discussions.

The Parties will alert the Court at the earliest opportunity if and when those settlement discussions are successful or, alternatively should the discussions not be successful and Parties wish to remove the motions from abeyance before the 30-day period runs.  If the Parties have not otherwise notified the Court as to the outcome of the settlement discussions before the end of the 30-day abeyance, the parties will submit another joint statement at the end of the abeyance period, updating the Court as to the parties' positions on further abeyance of the motions. The Parties thus respectfully request that both of the referenced motions be held in abeyance for 30 days.

Respectfully submitted,

Dated: February 6, 2025         Holland & Knight LLP

By:   */s/ Marne S. Sussman*
Marne S. Sussman
*Attorneys for Plaintiff California Trucking Association*

Dated: February 6, 2025

By: */s/ M. Elaine Meckenstock*

 M. Elaine Meckenstock
 *Attorney for Defendant Steven S. Cliff*