HOLLAND & KNIGHT LLP
Marne S. Sussman (SBN 273712)
Brian C. Bunger (SBN 142001)
Emily M. Lieban (SBN 303079)
560 Mission Street, Suite 1900
San Francisco, CA  94105
Telephone: 415.743.6900
Fax: 415.743.6910
E-mail:marne.sussman@hklaw.com
          brian.bunger@hklaw.com
          emily.lieban@hklaw.com

Attorneys for Plaintiff
CALIFORNIA TRUCKING ASSOCIATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN S. CLIFF, in his official capacity, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-02333-TLN-CKD<br><br>**JOINT STATEMENT REGARDING ABEYANCE OF PENDING MOTIONS**<br><br>Judge:  Hon. Troy L. Nunley<br>Trial Date: Not Set<br>Action Filed: October 16, 2023 |

# JOINT STATEMENT REGARDING ABEYANCE OF PENDING MOTIONS

Pursuant to the Court's Minute Order of February 6, 2025 (ECF 51), the Parties have conferred, and jointly state that in light of ongoing settlement discussions, Cliff's Motion to Dismiss and CTA's Motion for Summary Judgment should be held in abeyance for an additional 15 days.

The Parties will alert the Court at the earliest opportunity if and when those settlement discussions are successful or, alternatively should the discussions not be successful and Parties wish to remove the motions from abeyance before the 15-day period runs. If the Parties have not otherwise notified the Court as to the outcome of the settlement discussions before the end of the 15-day abeyance, the parties will submit another joint statement at the end of the abeyance period, updating the Court as to the parties' positions on further abeyance of the motions.

The Parties thus respectfully request that both of the referenced motions be held in abeyance for 15 days.

Respectfully submitted,

Dated: March 7, 2025            Holland & Knight LLP

                                By:  */s/ Marne S. Sussman*
                                Marne S. Sussman
                                *Attorneys for Plaintiff California Trucking Association*


Dated: March 7, 2025

                                By: */s/ M. Elaine Meckenstock*

                                  M. Elaine Meckenstock
                                  *Attorney for Defendant Steven S. Cliff*

- 2 -

JOINT STATEMENT REGARDING ABEYANCE                    CASE NO.: 2:23-CV-02333-TLN-CKD