ROB BONTA, State Bar No. 202668
Attorney General of California
MYUNG J. PARK, State Bar No. 210866
Supervising Deputy Attorney General
BENJAMIN P. LEMPERT, State Bar No. 344239
DAVID M. MEEKER, State Bar No. 273814
JONATHAN A. WIENER, State Bar No. 265006
M. ELAINE MECKENSTOCK, State Bar No. 268861
Deputy Attorney General
 1515 Clay Street, 20th Floor
 Oakland, CA  94612-0550
 Telephone: (510) 879-0299
 Fax: (510) 622-2270
 E-mail: Elaine.Meckenstock@doj.ca.gov
*Attorneys for Defendant Steven S. Cliff, in his official capacity*

MARNE S. SUSSMAN (SBN 273712)
BRIAN C. BUNGER (SBN 142001)
EMILY M. LIEBAN (SBN 303079)
Holland & Knight LLP
 560 Mission Street, Suite 1900
 San Francisco, CA  94105
 Telephone: 415.743.6900
 Fax:  415.743.6910
 E-mail: marne.sussman@hklaw.com
       brian.bunger@hklaw.com
       emily.lieban@hklaw.com

*Attorneys for Plaintiff California Trucking Association*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA TRUCKING ASSOCIATION,**<br><br>                             Plaintiff,<br><br>    v.<br><br>**STEVEN S. CLIFF, in his official capacity, and DOES 1 through 25, inclusive,**<br><br>                             Defendants. | 2:23-cv-02333-TLN-CKD<br><br>**STIPULATION AND REQUEST TO HOLD CASE IN ABEYANCE PENDING OUTCOME OF RULEMAKING**<br><br>Dept:          2, 15th Floor<br>Judge:         Hon. Troy N. Nunley<br>Trial Date:    Not Set<br>Action Filed:  October 16, 2023 |

1

Defendant STEVEN S. CLIFF, in his official capacity, and Plaintiff CALIFORNIA TRUCKING ASSOCIATION hereby submit this stipulation and request for abeyance.

**RECITALS**

WHEREAS, on October 16, 2023, Plaintiff filed its complaint challenging certain requirements of the Advanced Clean Fleets regulation adopted by the California Air Resources Board (CARB), ECF 1;

WHEREAS, on November 15, 2023, CARB submitted a request to the U.S. Environmental Protection Agency (EPA) seeking a Clean Air Act preemption waiver under Section 209(b)(1), 42 U.S.C. § 7543(b)(1), for parts of the Advanced Clean Fleets regulation;

WHEREAS, on March 13, 2024, Defendant moved to dismiss Plaintiff's Complaint, ECF No. 21;

WHEREAS Defendant's motion to dismiss is fully briefed and remains pending;

WHEREAS, on January 13, 2025, CARB withdrew its waiver request;

WHEREAS, Plaintiff and Defendant (collectively, the Parties) have met and conferred to discuss how this case should proceed in light of CARB's withdrawal of its waiver request;

WHEREAS, upon the request of the Parties, this Court has placed this case into abeyance to permit the Parties to continue meeting and conferring, ECF Nos. 51, 54,

WHEREAS, the Parties have reached an agreement that is anticipated to resolve this litigation but will require time to execute;

**STIPULATION AND REQUEST FOR ABEYANCE**

THEREFORE, IT IS HEREBY STIPULATED among the Parties, through their respective counsel, as follows:

1. In his official capacity, Defendant Cliff agrees that CARB staff will present a proposal to repeal the High-Priority Fleet and Drayage Fleet Requirements of the Advanced Clean Fleets regulation (California Code of Regulations, title 13, Sections 2016 through 2016.5 (High-Priority); Sections 2014 through 2014.3 (Drayage)) to the Board in a public hearing to be held no later than October 31, 2025. The notice and the Initial Statement of Reasons for that rulemaking action will be published on or before September 1, 2025. If the Board approves the

proposed repeal, CARB staff would submit that rulemaking action to California's Office of Administrative Law (OAL) for approval no later than August 31, 2026.

2. Defendant agrees that CARB will not take any enforcement action under the High-Priority Fleet or Drayage Requirements against Plaintiffs or Plaintiffs' members, or otherwise hold Plaintiffs or Plaintiffs' members subject to any of these requirements for the period beginning with the earliest effective date of any of these requirements (November 1, 2023) and ending when CARB or OAL (whichever acts latest) takes final action on the CARB rulemaking described herein.

3. Defendant also agrees that CARB will not enforce the part of the Advanced Clean Fleets regulation requiring 100% zero-emission-vehicle sales in the medium- and heavy-duty categories beginning with model year 2036 (Cal. Code Regs., tit. 13, § 2016), until CARB obtains a Clean Air Act preemption waiver from EPA for that regulatory requirement.

4. The Parties agree that the case should be held in abeyance during the CARB rulemaking described herein, to avoid wasting party and judicial resources.

5. Plaintiff agrees that if CARB finalizes, and OAL approves, the repeal of the High-Priority Fleet and Drayage Fleet Requirements from the Advanced Clean Fleets regulation, Plaintiff will dismiss its complaint by stipulation (with Defendant) pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) within 15 days of when the repeal becomes effective under state law.

6. In the event the case is voluntarily dismissed, the Parties agree they shall each bear their own costs and attorneys' fees.

7. The Parties agree that if OAL has not approved the subject repeal by October 15, 2026, the Parties will submit a joint statement within 30 days advising the Court how the Parties propose to proceed.

**IT SO ORDERED.**

DATE: _____        _____
                                                                    Hon. Troy N. Nunley

| | | |
|---|---|---|
| 1 | Dated:  April 24, 2025 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | MYUNG J. PARK<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | |
| 6 | | */s/ M. Elaine Meckenstock*<br>M. ELAINE MECKENSTOCK<br>Deputy Attorney General |
| 7 | | *Attorneys for Defendant Steven S. Cliff, in his official capacity* |
| 8 | | |
| 9 | Dated:  April 24, 2025 | */s/ Marne Sussman*<br>MARNE SUSSMAN |
| 10 | | Holland & Knight LLP<br>*Attorneys for Plaintiff California Trucking Association* |
| 11 | | |
| 12 | | (as authorized on April 24, 2025) |

4