ROB BONTA, State Bar No. 202668
Attorney General of California
MYUNG J. PARK, State Bar No. 210866
Supervising Deputy Attorney General
DAVID M. MEEKER, State Bar No. 273814
JONATHAN A. WIENER, State Bar No. 265006
M. ELAINE MECKENSTOCK, State Bar No. 268861
BENJAMIN P. LEMPERT, State Bar No. 344239
Deputy Attorney General
455 Golden Gate Ave
San Francisco, CA 94102
Telephone: (415) 510-3375
Fax: (415) 703-5480
E-mail: benjamin.lempert@doj.ca.gov
*Attorneys for Defendants Steven S. Cliff and Rob Bonta, in their official capacities*

MARNE S. SUSSMAN (SBN 273712)
BRIAN C. BUNGER (SBN 142001)
EMILY M. LIEBAN (SBN 303079)
Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: 415.743.6900
Fax: 415.743.6910
E-mail: marne.sussman@hklaw.com
brian.bunger@hklaw.com
emily.lieban@hklaw.com

*Attorneys for Plaintiff California Trucking Association*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**CALIFORNIA TRUCKING ASSOCIATION,**

Plaintiff,

**v.**

**STEVEN S. CLIFF, in his official capacity, and DOES 1 through 25, inclusive,**

Defendants.

2:23-cv-02333-TLN-CKD

**STIPULATION OF DISMISSAL; ORDER**

| | |
|---|---|
| Dept: | 2, 15th Floor |
| Judge: | Hon. Troy N. Nunley |
| Trial Date: | Not Set |
| Action Filed: | October 16, 2023 |

Defendant STEVEN S. CLIFF, in his official capacity, and Plaintiff CALIFORNIA TRUCKING ASSOCIATION (collectively, the Parties) hereby submit this stipulation of voluntary dismissal.

**RECITALS**

WHEREAS, on October 16, 2023, Plaintiff filed its complaint challenging certain requirements of the Advanced Clean Fleets regulation adopted by the California Air Resources Board (CARB), ECF 1;

WHEREAS, on November 15, 2023, CARB submitted a request to the U.S. Environmental Protection Agency (EPA) seeking a Clean Air Act preemption waiver under Section 209(b)(1), 42 U.S.C. § 7543(b)(1), for parts of the Advanced Clean Fleets regulation;

WHEREAS, on March 13, 2024, Defendant moved to dismiss Plaintiff's Complaint, ECF No. 21;

WHEREAS, Defendant's motion to dismiss is fully briefed and remains pending;

WHEREAS, on January 13, 2025, CARB withdrew its waiver request;

WHEREAS, on April 25, 2025, the Parties filed a stipulation and request for abeyance providing Plaintiff's agreement to dismiss this action 15 days after California's Office of Administrative Law (OAL) approved CARB's repeal of the High-Priority Fleet and Drayage Fleet Requirements of the Advanced Clean Fleets regulation (the repeal), ECF 55 at 3 ¶ 5;

WHEREAS, on April 25, 2025, this Court granted the Parties' stipulation and request for abeyance, ECF 56;

WHEREAS, on July 29, 2025, CARB proposed the repeal of the High-Priority Fleet and Drayage Fleet Requirements of the Advanced Clean Fleets regulation;

WHEREAS, on July 21, 2026, CARB approved the proposal to repeal the High-Priority Fleet and Drayage Fleet Requirements of the Advanced Clean Fleets regulation;

WHEREAS, on July 29, 2026, CARB submitted the repeal to OAL;

WHEREAS, on September 10, 2026, OAL approved the repeal;

WHEREAS, by operation of state law, the repeal became effective September 10, 2026, resulting in rescission of the High-Priority Fleet and Drayage Fleet Requirements of the Advanced Clean Fleets regulation;

**STIPULATION OF DISMISSAL**

THEREFORE, IT IS HEREBY STIPULATED among the Parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), through their respective counsel, as follows:

1. That the above-captioned action is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. That each party bears its own attorneys' fees and costs incurred in connection with the above-captioned action.

**IT SO ORDERED.**

DATED: September 17, 2026

Troy L. Nunley
Chief United States District Judge

Dated: September 17, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

*/s/ Benjamin P. Lempert*
BENJAMIN P. LEMPERT
Deputy Attorney General
*Attorneys for Defendant Steven S. Cliff, in his official capacity*

Dated: September 17, 2026

*/s/ Marne Sussman*
MARNE SUSSMAN
Holland & Knight LLP
*Attorneys for Plaintiff California Trucking Association*
(as authorized on September 17, 2026)